IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2011

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 11-cv-01796-BNB

LEROY W. BAKER,

    Plaintiff,

v.

TOM CLEMENTS, Dir, DOC,
KEVIN MILYARD, Warden, SCF, and
ALL OTHER JOHN AND JANE DOE MEDICAL STAFF RESPONSABLE [sic],

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Leroy W. Baker, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Baker initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. By order dated July 15, 2011, Magistrate Judge Boyd N. Boland granted Mr. Baker leave to proceed pursuant to § 1915 without payment of an initial partial filing fee.

On August 5, 2011, Magistrate Judge Boland determined that the complaint was deficient because it failed to comply with Rule 8 of the Federal Rules of Civil Procedure and because Mr. Baker failed to identify all of the named parties who participated in the alleged violation of his constitutional rights. Therefore, Mr. Baker was directed to file an amended complaint.

On September 7, 2011, Mr. Baker filed an amended complaint. On September 12, 2011, Magistrate Judge Boland determined that the amended pleading was deficient because it again failed to comply with Rule 8 of the Federal Rules of Civil Procedure and failed to allege the personal participation of each named defendant. Therefore, Mr. Baker was directed to file a second amended complaint. Mr. Baker was warned that the action would be dismissed without further notice if he failed to file a second amended pleading within thirty days.

Mr. Baker has failed to file a second amended complaint, and he has not communicated with the Court since September 7, 2011. Therefore, the amended complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Amended Complaint and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __19th__ day of ___October___, 2011.

BY THE COURT:

                           __s/Lewis T. Babcock___
                           LEWIS T. BABCOCK, Senior Judge
                           United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01796-BNB

Leroy W Baker
Prisoner No. 82907
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 19, 2011.

                                     GREGORY C. LANGHAM, CLERK

                                     By: _____
                                                     Deputy Clerk