IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01796-LTB

LEROY W. BAKER,

    Plaintiff,

v.

TOM CLEMENTS, Dir, DOC,
KEVIN MILYARD, Warden, SCF, and
ALL OTHER JOHN AND JANE DOE MEDICAL STAFF RESPONSABLE [sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion of Default Judgment" (Doc. # 9) filed on May 3, 2012, is DENIED as moot. Plaintiff is informed that this case was dismissed by order and judgment dated October 19, 2011. Because it appears that Plaintiff did not receive the order of dismissal entered in this case, the Clerk of the Court is directed to re-mail to Plaintiff, along with a copy of this order, a copy of the order and judgment filed on October 19, 2011.

    In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the October 19 Order of Dismissal is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff intends to appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* **in the United States Court of Appeals** for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 2.

    Dated: May 4, 2012